**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRACY FORWARD FOUNDATION,
P.O. Box 34553
Washington, D.C. 20043,

*Plaintiff*,

vs.

U.S. DEPARTMENT OF HOMELAND
SECURITY
2707 Martin Luther King Jr Ave, SE
Washington, DC 20528,

*Defendant*.

Case No. 26-cv-

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Democracy Forward Foundation ("DFF") brings this action against Defendant U.S. Department of Homeland Security ("DHS") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper under 28 U.S.C. § 1391(e), Defendant's headquarters are located in Washington, D.C., within this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here.

### Parties

3. Plaintiff Democracy Forward Foundation ("DFF") is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff

works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4.      Defendant U.S. Department of Homeland Security is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. DHS has possession, custody, and control of records to which Plaintiff seeks access.

## DFF's FOIA Requests

5.      Public reporting has raised significant concerns about DHS's use of private contractors to implement the Trump-Vance Administration's immigration agenda, including the award of a $915 million contract to Salus Worldwide Solutions, a newly-formed company with ties to senior Administration officials, to administer a "self-deportation" initiative.[1] This contract and related records have not become public.

6.      Subsequent reporting has raised additional questions about the procurement process for this and similar contracts, including the role of sole-source awards, the relationships between various aviation contractors and holding companies, and the involvement of senior DHS individuals, including former DHS Chief Advisor Corey Lewandowski, in securing government business.[2]

7.      To shed light on these matters, DFF submitted FOIA requests to DHS seeking records concerning DHS's contracting decisions, the role of private contractors and senior DHS

---

[1] *See* Dan Friedman et al., *How a New Firm with DHS Ties Won a $915 Million Contract to Help Immigrants "Self-Deport,"* Mother Jones (Oct. 10, 2025), https://perma.cc/Y8DJ-PKN2.
[2] *See* Nick Schwellenbach & Dan Friedman, *Unraveling the Corporate Ties to DHS's "Big Beautiful Jet,"* POGO Investigates (Mar. 10, 2026), https://perma.cc/7LF5-M6D9; DHS, *Justification and Approval for Other Than Full and Open Competition* (May 20, 2025), https://perma.cc/DPY8-FH6D (available at https://www.documentcloud.org/documents/27781268-csrojustificationandapprovalfinalsigned5202025-redacted).

officials in implementing the Trump-Vance Administration's immigration agenda, and the policies and communications underlying those decisions.

*Salus Contract Request (2026-HQFO-02902)*

8. On May 29, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DHS-26-0836, to DHS seeking the following:

> (1) A complete copy (including any attachments) of all contracts or subcontracts, amendments, memoranda of understanding, modifications, or other written agreements between DHS and Salus Worldwide Solutions ("Salus"), signed or entered into since January 20, 2025.[3] [FN in original]
>
> (2) All justification and approval documents reflecting DHS's decision to award Salus Worldwide Solutions Corporation (UEI: EA4VD72SB1W3) with contracts (including but not limited to Contract Numbers: 70RDA225R00000018, 70CDCR26P00000010, and 70RDA225FR0000037) without holding full and open competition processes for awards to this contractor.[4] [FN in original]
>
> Please note that this request does not seek the document titled *Justification and Approval for Other Than Full and Open Competition*.[5] DFF seeks other records related to the determination. DFF believes your office is in the best position to identify where responsive records are likely to reside, but believes a reasonable search should include, at a minimum, the Office of Strategy, Policy, and Plans, given their involvement in overseeing the contract.[6]

9. This request sought records from January 20, 2025, through the date of the search.

10. DHS's portal assigned this request tracking number 2026-HQFO-02902, but DHS has not otherwise acknowledged or communicated about this request.

---

[3] *See, e.g.*, *supra* n.1.

[4] *See, e.g.*, *supra* n.2 (*Justification and Approval for Other Than Full and Open Competition*).

[5] *See, e.g., Id.*

[6] *See, e.g.*, Dan Friedman, *Massive DHS "Self-Deportation" Contract Challenged as Secretive and "Unlawful,"* Project on Government Oversight (Oct. 10, 2025), https://perma.cc/5W5Z-GE4H.

*Daedalus Contract Request (2026-HQFO-02903)*

11.    On May 29, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DHS-26-0837, to DHS seeking the following:

> (1) A complete copy (including any attachments) of all contracts or subcontracts, amendments, memoranda of understanding, modifications, or other written agreements between DHS and Daedalus Aviation Corporation ("Daedalus Aviation"), signed or entered into since January 20, 2025.[7] [FN in original]
>
> (2) All justification and approval documents reflecting DHS's decision to award Daedalus Aviation Corporation (UEI: KE7ZAT98UBM7) with contracts (including but not limited to Contract Number: 70QS0326C00005002).[8] [FN in original]

12.    This request sought records from January 20, 2025, through the date of the search.

13.    DHS's portal assigned this request tracking number 2026-HQFO-02903, but DHS has not otherwise acknowledged or communicated about this request.

*Key Terms and Communications Request (2026-HQFO-02905)*

14.    On May 29, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DHS-26-0838, to DHS seeking the following:

> (1)    All electronic communications (including email messages, complete email chains, email attachments, calendar invitations, text messages, messages on messaging platforms such as Signal and WhatsApp, and direct messages on social media platforms such as X and Truth Social) sent by (a) any of the DHS officials identified below containing (b) any of the following key terms.
>
> Agency Officials:
> (1) Corey Lewandowski, Former Chief Advisor
> (2) Anyone who served as Executive Assistant or Scheduler to

---

[7] *See, e.g.*, *supra* n.1; *supra* n.2 (*Justification and Approval for Other Than Full and Open Competition*).

[8] S*ee, e.g.*, Usaspending.gov, *Contract Summary 70QS0326C00005002*, (last visited July 17, 2026), https://perma.cc/L3PM-XYDJ.

Former Chief Advisor Corey Lewandowski

(3) Anyone serving as the Office of Strategy, Policy, and Plans Under Secretary or Senior Official Performing the Duties of Under Secretary, including Robert Law and Christopher Pratt

(4) Anyone serving as Executive Assistant or Scheduler to the Office of Strategy, Policy, and Plans Under Secretary or Senior Official Performing the Duties of Under Secretary

(5) Anyone serving as the Office of Strategy, Policy, and Plans Deputy Under Secretary, including John Gountanis

(6) Anyone serving as the Office of Strategy, Policy, and Plans Chief of Staff, including Jason Killmeyer

(7) Anyone serving as Border and Immigration Policy Assistant Secretary, including Eric Ruark

(8) Anyone serving as Immigration Policy Deputy Assistant Secretary, including Rory Burke

Key Terms
(a) Homecoming
(b) Salus
(c) SWS
(d) EA4VD72SB1W3
(e) Taundria
(f) Cappel
(g) "Andrew Lloyd"
(h) "Self deport"
(i) "Self-deport"
(j) Soterex
(k) Soteria
(l) Daedalus
(m) KE7ZAT98UBM7
(n) "Transnational Aviation"
(o) Valkyrie
(p) "Vigilant Aviation"
(q) "William Walters"
(r) 70RDA225R00000018
(s) 70CDCR26P00000010
(t) 70RDA225FR0000037
(u) 70QS0326C00005002

In an effort to accommodate DHS and reduce the number of

potentially responsive records to be processed and produced, we have limited this request to communications sent by the included agency officials. To be clear, however, DFF still requests that complete email chains and texts be produced, displaying both sent and received messages. This means, for example, that both the included agency officials' response to an email and the initial received message are responsive to this request and should be produced.

(2) All electronic communications (including email messages, complete email chains, calendar invitations, or attachments thereto, as well as any text messages or messages sent on messaging platforms such as Microsoft Teams, Skype, WhatsApp, Signal, or GChat) between (a) any of the DHS officials included in part 1 and (b) any of the following external entities or individuals.

External Entities and Individuals:
(a) Anyone communicating on behalf of Salus Worldwide Solutions (@salusworldwide.com), including Chief Executive Officer William Walters, Chief Financial Officer Taundria Cappel, Chief Operating Officer Manmeet Thind, Chief of Contracts Andrew Lloyd
(b) Anyone communicating on behalf of Daedalus Aviation Corporation (including but not limited to @daedalus-aviation.com)
(c) Anyone communicating on behalf of Soterex Financial Services LLC (including but not limited to @soterexfinancialservices.com, soterexfinancial@outlook.com)
(d) Anyone communicating on behalf of Soteria Aviation Services or Soteria Transportation Logistics (including but not limited to @soteriasolutions.us)
(e) Anyone communicating on behalf of Transnational Aviation Holdings LLC (including but not limited to @transnational-aviation.com, @transnationalaviation.com)
(f) Anyone communicating on the behalf of Valkyrie Aviation Holdings Group LLC (including but not limited to @valkyrie-aviation.com, @valkyrieaviation.com)
(g) Anyone communicating on behalf of Avenue Strategies (including but not limited to @avenue-strategies.com)
(h) Anyone communicating on behalf of Lewandowski Strategic Advisors (including but not limited to @lewandowskisa.com)

6

(i) Anyone communicating on behalf of Washington East West Political Strategies (including but not limited to @politstrategies.com)
(j) Anyone communicating on behalf of Turnberry Solutions (including but not limited to @turnberrysolutions.com)
(k) Anyone communicating from nhadvantage@gmail.com

15.    This request sought records from January 20, 2025, through the date of the search.

16.    On June 1, 2026, DHS acknowledged this request, assigned it tracking number 2026-HQFO-02905 and conditionally granted DFF's fee waiver request.

17.    DFF has not received any further communication from DHS regarding this request.

*External Communications Request (2026-HQFO-02906)*

18.    On May 29, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DHS-26-0839, to DHS seeking the following:

> All calendars or calendar entries (including calendar invitations, calendar invitation attachments) for the DHS officials listed below that include invitees whose email domains end in .com, .co, .us, .net, .org, .mail, .edu, .law, .legal, .ch, .me, or .group.
>
> DHS Officials:
> (1) Corey Lewandowski, Former Chief Advisor
> (2) Anyone serving as the Office of Strategy, Policy, and Plans Under Secretary or Senior Official Performing the Duties of Under Secretary, including Robert Law and Christopher Pratt

19.    This request sought records from January 20, 2025, through the date of the search.

20.    On June 1, 2026, DHS acknowledged this request, assigned it tracking number 2026-HQFO-02906 and conditionally granted DFF's fee waiver request.

21.    DFF has not received any further communication from DHS regarding this request.

*Decision Memoranda Request (2026-HQFO-02907)*

22.    On May 29, 2026, DFF sent a FOIA request, bearing internal tracking number DFF-DHS-26-0840, to DHS seeking the following:

All decision memoranda, directives, or policy interpretations or guidance signed, approved, or otherwise adopted by specified officials. This request includes any document establishing, modifying, clarifying, or rescinding any DHS policy, legal, or policy interpretation, or practice, whether presented as a memorandum, letter, guidance document, or in any other form.

DHS Officials:
(1) Corey Lewandowski, Former Chief Advisor
(2) Anyone serving as the Office of Strategy, Policy, and Plans Under Secretary or Senior Official Performing the Duties of Under Secretary, including Robert Law and Christopher Pratt

23.    This request sought records from January 20, 2025, through the date of the search.

24.    On June 5, 2026, DHS acknowledged this request, assigned it tracking number 2026-HQFO-02907 and denied DFF's fee waiver request, classifying DFF as a media requestor.

25.    DFF has not received any further communication from DHS regarding this request.

*Exhaustion of Administrative Remedies*

26.    As of the date of the Complaint, Defendant has failed to notify DFF of determinations regarding DFF's requests. Through Defendant's failure to respond within the time limits required by law, DFF has constructively exhausted administrative remedies.

**CLAIM FOR RELIEF**

**Count 1 (Violation of FOIA, 5 U.S.C. § 552)**

27.    Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

28.    By failing to respond to Plaintiff's requests with determinations and prompt productions of responsive records within the statutorily mandated time period, Defendant has violated its duties under 5 U.S.C.§ 552, including but not limited to, their duties to conduct a

8

reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court:

1. Order Defendant to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;

2. Order Defendant to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3. Enjoin Defendant from continuing to withhold any and all non-exempt responsive records;

4. Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

5. Grant any other relief this Court deems appropriate.

Dated: July 20, 2026                          Respectfully submitted,

                                              /s/ *Anisha Hindocha*

                                              Anisha N. Hindocha
                                               (Bar No. 1725159)
                                               Daniel A. McGrath
                                               (Bar No. 1531723)
                                              Ronald A. Fein
                                              (Bar No. 90026641)
                                              Robin F. Thurston
                                               (Bar No. 7268942)
                                               Democracy Forward Foundation
                                               P.O. Box 34553
                                               Washington, D.C. 20043
                                               (202) 448-9090
                                               ahindocha@democracyforward.org
                                               dmcgrath@democracyforward.org
                                               rfein@democracyforward.org
                                               rthurston@democracyforward.org