UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>*Defendant*. | Civil Action No. 26-2531 (RC) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Department of Homeland Security, by and through counsel, respectfully requests a thirty-two-day extension—i.e., until September 21, 2026—of the deadline to respond to the Complaint filed by Plaintiff. Plaintiff has consented to the relief requested herein. In support of this motion, Defendant states as follows:

1. On July 20, 2026, Plaintiff filed a Complaint alleging that Defendant violated the Freedom of Information Act, 5 U.S.C. § 552. ECF No. 1. The U.S. Attorney's Office was served with the Complaint on or about July 21, 2026. The deadline to answer or otherwise respond to the Complaint is August 20, 2026.

2. Defendant hereby requests a thirty-two-day extension—i.e., until September 21, 2026—of the deadline to respond to the Complaint.

3. Good cause supports the requested extension. The Complaint concerns five FOIA requests, and undersigned counsel needs additional time to confer with agency counsel on the status of each request and prepare an appropriate response.

4. The requested extension is not sought for purposes of delay. The requested extension is modest and should not prejudice Plaintiff at this early stage of the case.

5. This is the first extension that Defendant has requested in this case, and the requested extension will not affect any other deadlines in this case.

6. Pursuant to Local Rule 7(m), undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to a thirty-two-day extension on the condition that Defendant agree to provide an update to Plaintiff on the status of the processing of each request by September 21, 2026. Defendant has agreed to do so.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow Defendant to answer or otherwise respond to the Complaint on or before September 21, 2026. A proposed Order accompanies this motion.

Dated: August 18, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ David S. Bettwy*

DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>*Defendant*. | Civil Action No. 26-2531 (RC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until September 21, 2026, to answer or otherwise respond to the Complaint, ECF No. 1.

SO ORDERED this _______ day of _________________, 2026.

____________________________________
RUDOLPH CONTRERAS
United States District Judge